1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   S. ROBERT TICE-RASKIN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700



JUN 1 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:05 - CR 0240 GEB

| UNITED STATES OF AMERICA, | CR. NO. |
|---|---|
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1001 – False Statements (3 Counts). |
| v. | |
| HAMID HAYAT, and UMER HAYAT, | |
| Defendants. | |

I N D I C T M E N T

COUNT ONE:  [18 U.S.C. § 1001 – Making a False Statement]

The Grand Jury charges:   T H A T

HAMID HAYAT,

defendant herein, on or about June 3, 2005, in the County of San Joaquin, State and Eastern District of California, in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, involving international and domestic terrorism, did knowingly and willfully make a false, fictitious, and fraudulent statement of material fact to a federal agent, to wit: that he was not involved in any way with any type of terrorist

1

1  organization, that he never attended any type of terrorist training
2  camp, that he never attended a jihadist training camp, that he never
3  attended a terrorist training camp in Pakistan, and that he would
4  never be involved in anything related to terrorism, when, in truth
5  and in fact as he then well knew, he had attended one or more
6  jihadist terrorist training camps in Pakistan, all in violation of
7  Title 18, United States Code, Section 1001(a)(2).
8  COUNT TWO:    [18 U.S.C. § 1001 - Making a False Statement]
9           The Grand Jury further charges:     T H A T
10                        HAMID HAYAT,
11 defendant herein, on or about June 4, 2005, in the County of
12 Sacramento, State and Eastern District of California, in a matter
13 within the jurisdiction of the Federal Bureau of Investigation, an
14 agency of the United States, involving international and domestic
15 terrorism, did knowingly and willfully make a false, fictitious, and
16 fraudulent statement of material fact to a federal agent, to wit:
17 that he never attended a terrorist camp, that he never received any
18 training directed toward a Jihad against the United States, and that
19 he never received any weapons training at a jihadist camp, when, in
20 truth and in fact as he then well knew, he had attended one or more
21 jihadist terrorist training camps, which included weapons training,
22 in Pakistan, all in violation of Title 18, United States Code,
23 Section 1001(a)(2).
24 COUNT THREE:   [18 U.S.C. § 1001 - Making a False Statement]
25           The Grand Jury further charges:     T H A T
26                        UMER HAYAT,
27 defendant herein, on or about June 4, 2005, in the County of
28 Sacramento, State and Eastern District of California, in a matter

1  within the jurisdiction of the Federal Bureau of Investigation, an
2  agency of the United States, involving international and domestic
3  terrorism, did knowingly and willfully make a false, fictitious, and
4  fraudulent statement of material fact to a federal agent, to wit:
5  that he had no first hand knowledge of terrorist training camps in
6  Pakistan that would prepare people to fight for Jihad, and that his
7  son, Hamid Hayat, did not attend any terrorist or jihadist training
8  camps, when, in truth and in fact as he then well knew, he had
9  visited various terrorist training camps in Pakistan, and Hamid
10 Hayat had attended one or more jihadist terrorist training camps in
11 Pakistan, all in violation of Title 18, United States Code, Section
12 1001(a)(2).

A TRUE BILL.

/s/ **Signature on file w/AUSA**
FOREPERSON

*[signature]*
McGREGOR W. SCOTT
United States Attorney

3

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

## THE UNITED STATES OF AMERICA
vs.

HAMID HAYAT and
UMER HAYAT

2 05 - CR 0 2 4 0   GEB

---

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1001 - FALSE STATEMENTS
(3 COUNTS)

---

*A true bill,*

/S/

Foreman.

Filed in open court this __16th__ day of __June__, A.D. 20 05

N. CANNAROZZI, Clerk.

Bail, $ _____

ARRAIGNMENT FOR BOTH DEFTS
SET FOR 6/21/05

GPO 863 525

PENALTY SLIP   2:05-CR 0240 GEB

**Counts 1&2**        HAMID HAYAT
Violation:            18 U.S.C. § 1001 - Making a False Statement
Penalty:              Not more than 8 years imprisonment, and
                      $250,000 fine, or both
                      Term of 3 years supervised release

**Count 3**           UMER HAYAT
Violation:            18 U.S.C. § 1001 - Making a False Statement
Penalty:              Not more than 8 years imprisonment, and
                      $250,000 fine, or both
                      Term of 3 years supervised release

**PENALTY**
**ASSESSMENT**:   $100 Special Assessment for each count.